## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD STEPHEN LEVY, | No. CV 13-7303-PSG (CW) |
| Petitioner, | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| JENNIFER SHAFFER, et. al, | |
| Respondents | |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge.  Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objection has been made.  The Court accepts the findings and recommendation of the Magistrate Judge.

1 **IT IS THEREFORE ORDERED** that judgment be entered denying Ground One of the Petition without prejudice, Ground Two of the Petition with prejudice, and dismissing this action.

DATED: October 22, 2014

_____
PHILIP S. GUTIERREZ
United States District Judge