**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RICHARD STEPHEN LEVY, | ) | No. CV 13-7303-PSG (CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| JENNIFER SHAFFER, et. al, | ) | |
| Respondents | ) | |

**IT IS ADJUDGED** that Ground One of the Petition is denied without prejudice and Ground Two of the Petition is denied with prejudice, and the action accordingly dismissed.

DATED: <u>October 22, 2014</u>

                                                PHILIP S. GUTIERREZ
                                        United States District Judge